This is to advise that on March 31, 2011

Senior Judge Richard W. Goldberg

Issued CONFIDENTIAL Slip Opinion 11-34

In action

Ct. No.10-00114

Hyosung Corporation
(Plaintiff,)

v.

United States,
(Defendant,)

and

Nucor Corporation
(Defendant-Intervenor.)